UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| TAMMY GUNNIN et al.,<br>　　　　　　　Plaintiffs,<br><br>v.<br><br>CRIMSON HOLDINGS, LLC.,<br>　　　　　　　Defendant. | Case No. 23-11392<br>Honorable Shalina D. Kumar<br>Magistrate Judge Elizabeth A. Stafford |

### ORDER STAYING PROCEEDINGS AND ADMINISTRATIVELY CLOSING CASE DUE TO BANKRUPTCY

On April 10, 2024, defendant Crimson Holdings, LLC filed a notice that it has filed for Chapter 11 relief under the Bankruptcy Code in the United States Bankruptcy Court for the Western District of Wisconsin. ECF No. 14. Based on that notice, the Court will stay the proceedings in this matter and administratively close the case.

Accordingly, it is **ORDERED** that all proceedings in this matter are **STAYED**, and the case is **CLOSED** for administrative purposes because the defendant is involved in a bankruptcy case in which a stay of proceedings or an injunction is in effect. This closing does not constitute a decision on the merits.

It is further **ORDERED** that if the bankruptcy stay or injunction is removed as to the proceedings relating to the defendant, any party may file an appropriate motion to reopen the case and dissolve the stay.

Dated: April 29, 2024

s/ Shalina D. Kumar
SHALINA D. KUMAR
United States District Judge